IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY W. CHASTAIN                                                                                      PLAINTIFF

v.                                       No. 4:06CV00756 SWW

ARKANSAS BEST CORPORATION;
ABF FREIGHT SYSTEM, INC.; and
STANDARD INSURANCE COMPANY                                                          DEFENDANTS

## ARKANSAS BEST DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Arkansas Best Corporation ("ABC") and ABF Freight System, Inc. ("ABF Freight") (collectively "Arkansas Best Defendants"), represented by their attorneys, Cross, Gunter, Witherspoon & Galchus, P.C., for their Response to Plaintiff's Motion for Leave to Amend Complaint, state:

1.      If the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq. ("ERISA") does not apply, then the Court should dismiss the Complaint for lack of subject matter jurisdiction, and deny Plaintiff's Motion for Leave to Amend Complaint as moot.

2.      If ERISA applies, then the Court should deny Plaintiff's Motion for Leave to Amend Complaint because:

    a.      the Arkansas Best Defendants' Motion to Dismiss is presently pending before the Court, Plaintiff's Motion for Leave to Amend Complaint does not cure the Complaint's deficiencies, the Motion to Dismiss should be granted, and, therefore, Plaintiff's Motion for Leave to Amend Complaint should be denied as moot;

  b. the ABC Board of Directors is not a legal entity that can sue or be sued;

  c. Plaintiff Larry W. Chastain ("Chastain") incorrectly names Richard L. Spearman as a member of the ABC Board of Directors, ABC is a publicly traded company and a list of its current Board of Directors is available on its website at www.arkbest.com, and Mr. Spearman is not a member of the ABC Board of Directors; and

  d. Chastain has failed to identify the specific ERISA claim(s) he alleges or the ERISA relief he seeks, which will, in turn, determine the proper defendant(s) in any ERISA action.  Chastain has no good faith basis to assert that members of the Board of Directors are ERISA fiduciaries of the Arkansas Best Corporation Short-Term Disability Policy (Exempt Employees) (referred to herein as the "STD Policy") or that any member of the Board of Directors exercised any ERISA fiduciary discretion whatsoever with regard to Chastain or his eligibility for benefits under the STD Policy.

WHEREFORE, the Court should deny Plaintiff's Motion for Leave to Amend Complaint, dismiss the claims against the Arkansas Best Defendants, and grant them all other proper and just relief.

Respectfully submitted,

Donna S. Galchus   (#80049)
Brian A. Vandiver    (#2001078)
CROSS, GUNTER, WITHERSPOON &
    GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Post Office Box 3178 (72203)
Little Rock, Arkansas 72201
Telephone:   (501) 371-9999
Facsimile:    (501) 371-0035

By:  /s/ Brian A. Vandiver
    Brian A. Vandiver

**ATTORNEYS FOR DEFENDANTS
ARKANSAS BEST CORPORATION AND
ABF FREIGHT SYSTEM, INC.**

122959-1      3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Denise Reid Hoggard
Chisenhall, Nestrud & Julian, P.A.
400 West Capitol Ave., Suite 2840
Little Rock, AR  72201

      I, Brian A. Vandiver, hereby certify that a copy of the foregoing was served on the following attorney, U.S. Postal Service, on August 25, 2006:

Byron Freeland
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR  72201

                                       /s/ Brian A. Vandiver
                                         Brian A. Vandiver